# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BRAZIER, SR., and LETITIA A. BRAZIER,<br><br>Plaintiffs,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC; ENCORE CREDIT CORPORATION; AZTEC FORECLOSURE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ATLAS FINANCIAL; TRACY BROWN; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 2:09-cv-01796-JAM-DAD<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

1

PDF created with pdfFactory trial version www.pdffactory.com

On March 3, 2010, at 9:30 a.m., the Motion to Dismiss Plaintiffs' Complaint filed by Defendants, Ocwen Loan Servicing, LLC and Mortgage Electronic Registration Systems, Inc., (collectively "Defendants"), along with a Motion to Set Aside Entry of Default came on regularly for hearing. Jonathan G. Stein appeared for Plaintiffs. Robert L. Driessen appeared for Defendants.

After considering the pleadings, the court file, and any oral argument on the record, the Court orders:

Defendants' Motion to Set Aside the Entry of Default is **GRANTED**.

Defendants' Motion to Dismiss is **GRANTED** without prejudice.

_____

_____

_____

**IT IS SO ORDERED**.

Dated:  March 8, 2010           /s/ John A. Mendez_____
                                Honorable John A. Mendez
                                United States District Court Judge

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

1

PDF created with pdfFactory trial version www.pdffactory.com